Todd C. Atkins (CA Bar No. 208879)
tatkins@siprut.com
**SIPRUT PC**
2261 Rutherford Road
Carlsbad, CA 92008
(619) 255.2380

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
2/24/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Interactive Media, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Scripps Networks Interactive, Inc., <br><br> Defendant. | Case No. 4:15-cv-4960-YGR <br><br> ORDER GRANTING DISMISSAL PURSUANT TO **NOTICE OF DISMISSAL WITH PREJUDICE** <br><br><br> Hon. Yvonne Gonzalez Rogers |

Plaintiff Global Interactive Media, Inc., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of dismissal of this action with prejudice. Defendant has not served an answer, nor has Defendant served a motion for summary judgment.

Date: February 22, 2016          Respectfully Submitted,

*/s/ Todd C. Atkins*
Todd C. Atkins (CA Bar No. 208879)
tatkins@siprut.com
**SIPRUT PC**
2261 Rutherford Road
Carlsbad, CA 92008
(619) 255.2380

4820-4896-7470, v. 1